UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


MCEARL JOHNSON,

      Petitioner,

v.                                               CASE NO. 6:06-cv-33-Orl-19KRS

SECRETARY, DEPARTMENT OF CORRECTIONS, et al.,

      Respondents.

_____

## ORDER

Petitioner filed a habeas petition on January 10, 2006 (Doc. No. 1). However, Petitioner did not pay the filing fee, submit an Affidavit of Indigency, or file a request to proceed *in forma pauperis* within thirty days of the commencement of the action as required under Rule 1.03(e) of the Local Rules of the United States District Court for the Middle District of Florida.[1]  Thus, within fifteen (15) days from the date of this Order, Petitioner shall comply with Local Rule 1.03(e). The failure to do so will result in the dismissal of this

_____

[1]Local Rule 1.03(e)reads as follows:

(e) The Clerk shall accept for filing all prisoner cases filed with or without the required filing fee or application to proceed in forma pauperis. However, a prisoner case will be subject to dismissal by the Court, sua sponte, if the filing fee is not paid or if the application is not filed within 30 days of the commencement of the action.

action without further notice.

      **DONE AND ORDERED** in Chambers at Orlando, Florida, this _14th____ day of

February, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 2/14
McEarl Johnson

2